**COTI & SUGRUE**
Attorneys at Law
**59 Grove Street  Suite 1F**
**New Canaan, CT 06840**
Tel:  203-966-5817
Fax: 203-966-6385

August 1, 2007

BY HAND
Hon. Brian M. Cogan
United States District Judge
United States District Court
225 Cadman Plaza
Brooklyn, NY

    Re: <u>Century Jets, LLC v. Forest City Enterprises, Inc.</u>
       <u>1:07-cv-02402 (BMC (RML)</u>

Dear Judge Cogan:

  I am in receipt of both the Court's and opposing counsel's recent communications in this matter.  While Mr. Koczko's letter does not provide the Court with information as to all relevant communications, particularly my communications with Defendants' General Counsel,  I will not detail those omissions here.

  Plaintiff seeks a speedy resolution on the merits of the case, and rather than engage in motion practice relating to venue and jurisdiction, my client has authorized me to dismiss voluntarily this action, and instead to respond by appropriate means to the Complaint filed in state court in Ohio, reserving all rights.

  Subject to the Court's contrary direction, my suggestion is that the conference scheduled for August 3 be adjourned two weeks in contemplation of the filing by Plaintiff of a Notice of Dismissal under Rule 41 (a) in advance of that adjourned date.

          Respectfully yours,


          Stephen R. Sugrue

cc: Joseph B. Koczko, Esq.